**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skin Savvy Aesthetics LLC, et al., | No. CV-26-02332-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Panobit LLC, et al., | |
| Defendants. | |

Plaintiffs Skin Savvy Aesthetics LLC and Crystal Clean Window Team LLC (collectively "Skin Savvy") seek permission to serve defendant James Staricha via email. (Doc. 27.) Shortly after this case began, Staricha filed a Motion to Allow Electronic Filing. (Doc. 12.) That document identified an address in Chandler as Staricha's home address and included a telephone number. That same address is listed as Staricha's current address on Motor Vehicle Division records and on records reviewed for a background check. (Doc. 27-1 at 4-7.) On April 13, 2026, a process server attempted to serve Staricha at the address but the current resident, who confirmed via identification that he was not Staricha, "claimed that he did not know James Staricha and that Staricha did not live at that residence." (Doc. 27-1 at 9.) The process server also left a message at Staricha's telephone number but has not received a return call. On April 20, 2026, some of the mail sent to Staricha's Chandler address was returned as undeliverable. (Doc. 20.)

Although Skin Savvy has been unable to locate Staricha to serve him, Staricha has communicated with Skin Savvy and its counsel throughout this litigation. Staricha has also

filed documents in this case and been granted permission to file documents electronically. Staricha is aware of the litigation and the claims against him. Skin Savvy has made reasonable efforts to locate Staricha but it appears he is evading service. Staricha is reachable through email and that form of alternative service is appropriate. *See Bank of New York Mellon v. Dodev*, 433 P.3d 549, 558 (Ariz. Ct. App. 2018) (holding a court may authorize alternative service when traditional "service would be extremely difficult or inconvenient") (simplified).

**IT IS ORDERED** the Motion for Alternative Service (Doc. 27) is **GRANTED**. Within seven days of this order plaintiff shall serve defendant James Staricha by sending emails including the summons and the complaint to jim@panobit.com and james.staricha@outlook.com. Plaintiff shall file proof of that service within ten days of this order.

Dated this 19th day of May, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -